**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **J.M., et al,,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**OZARK HORIZON STATE SCHOOL, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No: 6:23-cv-03222-MDH** |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is Plaintiffs' consent motion to dismiss all remaining counts with prejudice. (Doc. 117). Plaintiffs move this Court for an Order voluntarily dismissing all remaining counts in this action with prejudice. Counsel for all Defendants have given their written consent to Plaintiffs' Motion to Dismiss.

WHEREFORE, after reviewing the record before the Court, the Court **GRANTS** Plaintiffs' Consent Motion to Dismiss and hereby dismisses this case in its entirety, with prejudice, and with each party to bear their own costs, expenses, and attorney fees.

**IT IS SO ORDERED.**

Dated: July 20, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**